(110 So. 67)

**MOSAIC TEMPLARS OF AMERICA v. Joseph RAIFE. (3 Div. 758.)**

(Supreme Court of Alabama. June 10, 1926. Rehearing Denied Nov. 4, 1926.)

Certiorari to Court of Appeals.

C. H. Roquemore, of Montgomery, for petitioner.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, opposed.

PER CURIAM. Petition of the Mosaic Templars of America for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Mosaic Templars of Am. v. Raife, 21 Ala. App. 329, 110 So. 66.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.